IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 06-377-1 |
| | : | |
| CHARLES WHITE | : | |

## ORDER

**AND NOW**, this 21<u>st</u> day of <u>April</u>, 2016, upon consideration of Petitioner's pro se Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 587), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Petitioner's Habeas Corpus Motion under 28 U.S.C. § 2255 is **DENIED**; and

2. No Certificate of Appealability shall issue.

**IT IS SO ORDERED.**

                                          **BY THE COURT:**

                                          */s/R. Barclay Surrick*
                                          **U.S. District Judge**